UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO.  8:14-cv-513-T-23TBM

KAHR PISTOL, MODEL CW-45,
SERIAL NUMBER SE0300 and
FIVE ROUNDS OF HORNADY
AMMUNITION,

    Defendants.
_____/

## **DEFAULT JUDGMENT OF FORFEITURE**

On March 3, 2014, the United States filed a "Verified Complaint for Forfeiture *In Rem*" (Doc. 1) against a Kahr pistol (model CW-45, serial number SE0300) and five rounds of Hornady ammunition.  The Bureau of Alcohol, Tobacco, Firearms and Explosives seized the firearm and ammunition on October 24, 2013, from 4728 Trask Street, Apt. 89, Tampa, Florida.

The United States moves (Doc. 9) under Rule 55(b)(2), Federal Rules of Civil Procedure, and Local Rule 7.03(i)(1) for entry of a default judgment of forfeiture for the firearm and ammunition.

From March 6, 2014, through April 4, 2014, the United States published at www.forfeiture.gov notice of the civil forfeiture and of the intent to dispose of the

firearm and ammunition as required by Supplemental Rule G(4)(a)(i) and (iv)(C). (Doc. 6)  Under Supplemental Rule G(4)(b), on March 14, 2014, the United States notified Isis Robinson, the only known potential claimant, of this forfeiture action by certified United States mail and by first class mail.  The notice package included (1) the "Notice of Complaint for Forfeiture *In Rem*," (2) the "Verified Complaint for Forfeiture *In Rem*" and the "Warrant of Arrest *In Rem*," (3) the "Acknowledgment of Receipt of Notice of Verified Complaint for Forfeiture," and (4) the "Notice of Designation Under Local Rule 3.05."  The notice of forfeiture directed each potential claimant to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602 (1) a "Statement of Right or Interest" within thirty-five days of receipt of the notice and (2) an answer to the complaint within twenty-one days after filing the "Statement of Right or Interest."  The notice warned that "[f]ailure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests."

The time for filing has expired, and neither Isis Robinson nor another person or entity filed a statement of right or interest or otherwise contested the forfeiture of the firearm and ammunition.

On May 1, 2014, the United States moved for entry of clerk's default against Isis Robinson, and on May 2, 2014, the Clerk entered a default.  (Doc. 8)

The motion (Doc. 9) for default judgment is **GRANTED**.  Under Rule 55(b)(2), Federal Rules of Civil Procedure, and Local Rule 7.03(i)(1), judgment of default is entered against Isis Robinson.  Right, title, and interest in the firearm and ammunition are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.  Under 31 U.S.C. § 5317(c)(2), Rule 55(b)(2), Federal Rules of Civil Procedure, and Local Rule 7.03(i)(1), clear title to the firearm and ammunition now vests in the United States of America.

ORDERED in Tampa, Florida, on May 12, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE